**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of California

Case number (if known): _____     Chapter ___7___

☐ Check if this is an
  amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | Mapping Operation Data Unmanned Solutions |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | MODUS<br>Mapping Supply<br>Lidar University<br>UAV Solutions, Inc. |
| **3. Debtor's federal Employer Identification Number (EIN)** | 4 7 – 4 1 0 8 0 1 7 |

**4. Debtor's address**

**Principal place of business**

13985 Calle Cardenas #675633
Number     Street

Rancho Santa Fe, CA 92067
City                    State     ZIP Code

San Diego
County

**Mailing address, if different from principal place of business**

Number     Street

P.O. Box

City                    State     ZIP Code

**Location of principal assets, if different from principal place of business**

Number     Street

City                    State     ZIP Code

**5. Debtor's website (URL)** _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor ___Mapping Operation Data Unmanned Solutions_____    Case number *(if known)* _____
Name

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☑ None of the above |

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
__ __ __ __

| | |
|---|---|
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | ☑ Chapter 7 |
| A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | ☐ Chapter 9 |
| | ☐ Chapter 11. *Check **all** that apply:* |
| | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | ☐ A plan is being filed with this petition. |
| | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ☐ Chapter 12 |

| | |
|---|---|
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☑ No |
| | ☐ Yes.  District _____  When _____  Case number _____ |
| If more than 2 cases, attach a separate list. | MM / DD / YYYY |
| | District _____  When _____  Case number _____ |
| | MM / DD / YYYY |

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☑ No |
| | ☐ Yes.  Debtor _____  Relationship _____ |
| List all cases. If more than 1, attach a separate list. | District _____  When _____ |
| | MM / DD / YYYY |
| | Case number, if known _____ |

Debtor    Mapping Operation Data Unmanned Solutions                    Case number *(if known)* _____
          Name

| 11. Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number    Street

_____

_____

City                                State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

Contact name    _____

Phone    _____

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49    ☐ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000
☐ 100-199    ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000    ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion
☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion
☑ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion

| Debtor | Mapping Operation Data Unmanned Solutions | Case number *(if known)* |
|--------|--------------------|-----------------|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/30/2023
                MM/  DD/  YYYY

X /s/ Daniel L. Hubert                                           Daniel L. Hubert
Signature of authorized representative of debtor            Printed name

Title                            CEO

**18. Signature of attorney**

X                    /s/ Thomas B. Gorrill                    Date  06/30/2023
Signature of attorney for debtor                                    MM/  DD/  YYYY

Thomas B. Gorrill
Printed name

Law Office of Thomas Gorrill
Firm name

9984 Scripps Ranch Blvd # 335
Number          Street

San Diego                                     CA          92131-1825
City                                          State       ZIP Code

(619) 237-8889                                tom@gorillalaw.com
Contact phone                                 Email address

#102979                                       CA
Bar number                                    State

# CORPORATE RESOLUTION
## BY
## MAPPING OPERATION DATA UNMANNEED SOLUTIONS

### A California Corporation

The Board of Directors of Mapping Operation Data Unmanned Solutions**,** (hereinafter the "Corporation") held a meeting on June 16, 2023, notice requirements having been previously waived by the members of the Board of Directors.  A quorum was present.

WHEREAS the Board of Directors have determined that it is in the best interest of the Corporation, its creditors, stockholders and other interested parties that a Petition be filed on behalf of the Corporation, thereby commencing a voluntary proceeding under Chapter 7 of the Bankruptcy Code, be it;

RESOLVED:  that a formal Petition for relief under Chapter 7 of Title 11, of the United States Bankruptcy Code, presented to the Board of Directors is hereby approved and adopted in all respects, and be it;

RESOLVED FURTHER:  That Daniel Hubert, CEO, is hereby authorized and directed, acting together or alone, to execute and verify a Petition substantially in the form approved, and to cause the same to be filed with the United States Bankruptcy Court, for the Southern District of California, and be it;

RESOLVED FURTHER:  that the aforementioned parties are hereby authorized to execute and file all Petitions, schedules, lists, and any other papers and to take any and all action which they may deem necessary or proper in connection with proceedings under Chapter 7, and be it;

RESOLVED FURTHER:  that the Corporation hereby retains and employs Thomas B. Gorrill, Esq. as legal counsel to represent the Corporation in these proceedings.

Dated:____June 23, 2023_____

_____
DANIEL J. HUBERT

**Fill in this information to identify the case:**

Debtor name      Mapping Operation Data Unmanned Solutions

United States Bankruptcy Court for the:

Southern District of California

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/30/2023  
                MM/ DD/ YYYY

X  /s/ Daniel L. Hubert  
Signature of individual signing on behalf of debtor

Daniel L. Hubert  
Printed name

CEO  
Position or relationship to debtor

---

**Fill in this information to identify the case:**

Debtor name _____Mapping Operation Data Unmanned Solutions_____

United States Bankruptcy Court for the:

_____Southern District of California_____

Case number (if known): _____    Chapter ___7___

☐ Check if this is an
amended filing

---

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real Property:**
    Copy line 88 from *Schedule A/B*................................................................................

    | $0.00 |
    |---|

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................

    | $459,325.00 |
    |---|

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................

    | $459,325.00 |
    |---|

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

    | $0.00 |
    |---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................

    | $0.00 |
    |---|

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................

    | + $696,637.00 |
    |---|

4. **Total liabilities**...........................................................................................................................
    Lines 2 + 3a + 3b

    | $696,637.00 |
    |---|

| Fill in this information to identify the case: |
| --- |

Debtor name        Mapping Operation Data Unmanned Solutions

United States Bankruptcy Court for the:

       Southern District of California

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| **2. Cash on hand** | | | _____ |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1 **Chase Bank** | **Checking account** | **7799** | **$220.00** |
| 3.2 **Chase Bank** | **Savings account** | **3637** | **$24.00** |
| **4. Other cash equivalents** *(Identify all)* | | | |
| **None** | | | |
| **5. Total of Part 1** | | | |
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | **$244.00** |

### Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**
☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |
| **7. Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| **None** | |

Debtor    **Mapping Operation Data Unmanned Solutions**                    Case number *(if known)* _____
Name

---

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

    **None**

9.  **Total of Part 2**
    Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                    **$0.00**

---

**Part 3:**  Accounts receivable

---

10. **Does the debtor have any accounts receivable?**
    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

    |  | **Current value of debtor's interest** |
    |---|---|

11. **Accounts Receivable**

    11a. 90 days old or less:     **$5,000.00**    -    **$5,000.00**    = ......➔    **$0.00**
                            face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:    _____    -    _____    = ......➔    _____
                            face amount          doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.                    **$0.00**

---

**Part 4:**  Investments

---

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

    |  | **Valuation method used for current value** | **Current value of debtor's interest** |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

    **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of fund or stock:                    % of ownership:

    **None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

---

Debtor    __**Mapping Operation Data Unmanned Solutions**_____    Case number *(if known)* _____
               Name

None

17.  **Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.                                            $0.00

---

**Part 5:**   Inventory, excluding agriculture assets

---

18.  **Does the debtor own any inventory (excluding agriculture assets)?**
☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.  **Raw materials**

None

20.  **Work in progress**

None

21.  **Finished goods, including goods held for resale**

None

22.  **Other inventory or supplies**

None

23.  **Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.                                            $0.00

24.  **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:**   Farming and fishing-related assets (other than titled motor vehicles and land)

---

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

Debtor    **Mapping Operation Data Unmanned Solutions**
          Name

Case number *(if known)*

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops — either planted or harvested** | | | |
| **None** | | | |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| **None** | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **None** | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **None** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| **None** | | | |

**33. Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.                      **$0.00**

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

Debtor   **Mapping Operation Data Unmanned Solutions**
         Name

Case number *(if known)*

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1  Used office furniture | (Unknown) | Liquidation | $1,000.00 |
| **40. Office fixtures** | | | |
| **None** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1  Misc used office equip | (Unknown) | | $850.00 |
| Additional Page Total - *See continuation page for additional entries* | | | $10,000.00 |
| **42. Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| **None** | | | |
| **43. Total of Part 7** | | | |
| Add lines 39 through 42. Copy the total to line 86. | | | $11,850.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:**  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **None** | | | |

Debtor    **Mapping Operation Data Unmanned Solutions**
Name _____    Case number *(if known)* _____

---

48. **Watercraft, trailers, motors, and related accessories** *Examples*:
    Boats, trailers, motors, floating homes, personal watercraft, and fishing
    vessels

    **None**

49. **Aircraft and accessories**

    **None**

50. **Other machinery, fixtures, and equipment (excluding farm machinery
    and equipment)**

    50.1  **2 drone engines and components** _____    _____ **$0.00**    Liquidation _____    **$22,000.00**

51. **Total of Part 8**
    Add lines 47 through 50. Copy the total to line 87.    **$22,000.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

**Part 9:**  Real Property

---

54. **Does the debtor own or lease any real property?**
    ☑ No. Go to Part 10.
    ☐ Yes. Fill in the information below.

| General description Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

    **None**

56. **Total of Part 9**
    Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.    **$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

---

Debtor    **Mapping Operation Data Unmanned Solutions**                              Case number *(if known)* _____
Name

---

| Part 10: | Intangibles and Intellectual Property |
|---|---|

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.** **Patents, copyrights, trademarks, and trade secrets**

   None

**61.** **Internet domain names and websites**

   None

**62.** **Licenses, franchises, and royalties**

   None

**63.** **Customer lists, mailing lists, or other compilations**

   None

**64.** **Other intangibles, or intellectual property**

   None

**65.** **Goodwill**

   None

**66.** **Total of Part 10**

   Add lines 60 through 65. Copy the total to line 89.                                      $0.00

**67.** **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

Debtor    __**Mapping Operation Data Unmanned Solutions**_____     Case number *(if known)* _____
　　　　　Name

---

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| **71.** **Notes receivable** | |
| Description (include name of obligor) | |
| **None** | |
| | |
| **72.** **Tax refunds and unused net operating losses (NOLs)** | |
| Description (for example, federal, state, local) | |
| 72.1 __Net operating losses_____ Tax year: __2021 to 2022__ | __$300,585.00__ |
| | |
| **73.** **Interests in insurance policies or annuities** | |
| **None** | |
| | |
| **74.** **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 74.1 __Claims against Florida engineer, including professional negligence and misrepresentation__ | __$100,000.00__ |
| Nature of Claim __Tort claim_____ | |
| Amount Requested __(Unknown)_____ | |
| | |
| Additional Page Total - *See continuation page for additional entries* | __$24,646.00__ |

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76.** **Trusts, equitable or future interests in property**

**None**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

**78.** **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.　　　　　　　　　　　　　　　　__$425,231.00__

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    __Mapping Operation Data Unmanned Solutions__        Case number *(if known)* _____
         Name

| Part 12: | Summary |
|---|---|

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $244.00 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $11,850.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $22,000.00 | |
| **88.** **Real property.** *Copy line 56, Part 9.*............................................................ | → | $0.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + $425,231.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $459,325.00 | + 91b. $0.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ...................................................................... | | $459,325.00 |

Debtor   **Mapping Operation Data Unmanned Solutions**                                    Case number *(if known)* _____
Name

■ **Additional Page**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **41.** **Office equipment -** *Continued* | | | |
| 41.2 **Drone ground control station** | **(Unknown)** | | **$10,000.00** |

|  |  |  | **Current value of debtor's interest** |
|---|---|---|---|
| **74.** **Causes of action against third parties (whether or not a lawsuit has been filed) -** *Continued* | | | |
| 74.2 **Claim against internet fraudster posing as legitimate customer** | | | |
| Nature of Claim   **Fraud** | | | |
| Amount Requested   **$24,646.00** | | | **$24,646.00** |

Fill in this information to identify the case:

Debtor name ___Mapping Operation Data Unmanned Solutions___

United States Bankruptcy Court for the: _____Southern_____    District of _____California_____
(State)

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

**Be as complete and accurate as possible.**

**1.** **Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |

**2.** **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.1** **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

_____

_____

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**3.** **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

_____

Fill in this information to identify the case:

Debtor name _____Mapping Operation Data Unmanned Solutions_____

United States Bankruptcy Court for the:
_____Southern District of California_____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1**

**Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**2.2**

**Priority creditor's name and mailing address**
_____
_____
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor  **Mapping Operation Data Unmanned Solutions**                          Case number *(if known)* _____
         Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|--|--|---------------------|

**3.1** Nonpriority creditor's name and mailing address

Atlantic Diving Supply, Inc

621 Lynnhaven Pkwy Ste 160

Virginia Bch, VA 23452-7383

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Breach of contract claim

Is the claim subject to offset?
☑ No
☐ Yes

**$40,050.00**

---

**3.2** Nonpriority creditor's name and mailing address

Chase Bank

Po Box 15298

Wilmington, DE 19850-5298

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit card acct

Is the claim subject to offset?
☑ No
☐ Yes

**$189.00**

---

**3.3** Nonpriority creditor's name and mailing address

CP North America

10840 Thorn Mint Rd Ste 100

San Diego, CA 92127

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset?
☑ No
☐ Yes

**$7,500.00**

---

**3.4** Nonpriority creditor's name and mailing address

Daniel Hubert

1155 Camino del Mar Ste 211

Del Mar, CA 92014

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Owner's advances

Is the claim subject to offset?
☑ No
☐ Yes

**$237,695.00**

Debtor    **Mapping Operation Data Unmanned Solutions**                                    Case number *(if known)* _____
Name

| Part 2: | Additional Page |
|---|---|

**3.5** Nonpriority creditor's name and mailing address

**Igage Mapping Corporation**

**1545 S 1100 E Ste 1**

**Salt Lake Cty, UT 84105**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,629.00

---

**3.6** Nonpriority creditor's name and mailing address

**IMSAR, LLC**

**940 S 2000 W Ste 140**

**Springville, UT 84663-3198**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Breach of contract claim

Is the claim subject to offset?
☑ No
☐ Yes

$117,000.00

---

**3.7** Nonpriority creditor's name and mailing address

**Joel Carver**

**joel@csidronesolutions.com**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$18,000.00

---

**3.8** Nonpriority creditor's name and mailing address

**MUFG Union Bank**

**Po Box 60398**

**Phoenix, AZ 85082-0398**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit card acct

Is the claim subject to offset?
☑ No
☐ Yes

$106.00

---

Debtor    **Mapping Operation Data Unmanned Solutions**
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

---

**3.9** | Nonpriority creditor's name and mailing address

Savit Corporation

400 Commons Way

Rockaway, NJ 07866-2030

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Breach of contract and related claims**

Is the claim subject to offset?
☑ No
☐ Yes

$80,000.00

---

**3.10** | Nonpriority creditor's name and mailing address

Sitech Pacific, LLC

1499 Palmyrita Ave

Riverside, CA 92507

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$658.00

---

**3.11** | Nonpriority creditor's name and mailing address

Skydio, Inc.

3000 Clearview Way Bldg E

San Mateo, CA 94402-3710

Date or dates debt was incurred    12/2021

Last 4 digits of account number    3 _ 2 _ 6 _ 4

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$192,010.00

---

**3.12** | Nonpriority creditor's name and mailing address

WeWork

600 B Street Ste 300

San Diego, CA 92101

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lease**

Is the claim subject to offset?
☑ No
☐ Yes

$800.00

---

Debtor  __Mapping Operation Data Unmanned Solutions__   Case number *(if known)* _____
Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** **Miller, Scott C.**<br>**999 Waterside Dr Ste 1700**<br>**Norfolk, VA 23510-3306** | Line **3.1**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| **4.2** **Sodono III, Anthony**<br>**75 Livingston Ave, Ste 201**<br>**McManimon Scotland & Baumann**<br>**Roseland, NJ 07068** | Line **3.9**<br>☐ Not listed. Explain _____ | __ __ __ __ |
| **4.3** **Tigay, Benjamin A.**<br>**3001 West Big Beaver Rd, #624**<br>**Young Basil**<br>**Troy, MI 48084** | Line **3.11**<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor    **Mapping Operation Data Unmanned Solutions**
Name

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. ＋ | **$696,637.00** |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | **$696,637.00** |

Fill in this information to identify the case:

Debtor name _____Mapping Operation Data Unmanned Solutions_____

United States Bankruptcy Court for the:

_____Southern District of California_____

Case number (if known): _____    Chapter ___7___

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1.** Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | Lease for MacBook Pro laptop<br>Contract to be REJECTED | LiftForward, Inc.<br>222 Broadway Fl 19<br>New York, NY 10038-2550 |
| | **State the term remaining** | 0 months | |
| | **List the contract number of any government contract** | | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | Lease of Microsoft Surface laptop<br>Contract to be REJECTED | LiftForward, Inc.<br>222 Broadway Fl 19<br>New York, NY 10038-2550 |
| | **State the term remaining** | 0 months | |
| | **List the contract number of any government contract** | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | | |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Fill in this information to identify the case:

Debtor name    **Mapping Operation Data Unmanned Solutions**

United States Bankruptcy Court for the: _____**Southern**_____    District of _____**California**_____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ _____ City     State     ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____ _____ City     State     ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____ _____ City     State     ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____ _____ City     State     ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street _____ _____ City     State     ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Debtor  **Mapping Operation Data Unmanned Solutions**                    Case number (if known) _____
        Name

| ███ | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | *Check all schedules that apply:* |
| 2.6 | _____ | Street _____ _____ | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | City        State        ZIP Code | | |

---

Fill in this information to identify the case:

Debtor name _____Mapping Operation Data Unmanned Solutions_____

United States Bankruptcy Court for the:
_____Southern District of California_____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:    Income

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023<br>MM/ DD/ YYYY    to | Filing date | ☑ Operating a business<br>☐ Other _____ | $1,210,068.00 |
| **For prior year:** | From 01/01/2022<br>MM/ DD/ YYYY    to | 12/31/2022<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $1,545,658.00 |
| **For the year before that:** | From 01/01/2021<br>MM/ DD/ YYYY    to | 12/31/2021<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $300,193.00 |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023<br>MM/ DD/ YYYY    to | Filing date | _____ | _____ |
| **For prior year:** | From 01/01/2022<br>MM/ DD/ YYYY    to | 12/31/2022<br>MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From 01/01/2021<br>MM/ DD/ YYYY    to | 12/31/2021<br>MM/ DD/ YYYY | _____ | _____ |

Debtor    Mapping Operation Data Unmanned Solutions                                    Case number *(if known)* _____
       Name

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.**  **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City    State   ZIP Code | _____<br><br>_____<br><br>_____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.**  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City    State   ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br>_____ | _____ | _____<br><br>_____<br><br>_____ |

**5.**  **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor _Mapping Operation Data Unmanned Solutions_____    Case number _(if known)_ _____
      Name

5.1. _____    _____    _____    _____
      Creditor's name

      _____
      Street

      _____

      _____
      City             State   ZIP Code

**6.**   **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

6.1. _____    _____    _____    _____
      Creditor's name

      _____    XXXX– __ __ __ __
      Street

      _____

      _____
      City             State   ZIP Code

## Part 3:   Legal Actions or Assignments

**7.**   **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Atlantic Diving Supply, Inc. v. Mapping Operations Data Unmanned Solutions , et al | Breach of contract | Norfolk Circuit Court _Name_ <br> 150 Saint Pauls Blvd Fl 7 _Street_ <br> Civil Division <br> Norfolk, VA 23510-2747 _City  State  ZIP Code_ | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> 710CL22014024-00 | | | |
| 7.2. | **Case title** <br> Savit Corporation v. Mapping Operations Data Unmanned Solutions, et al | **Nature of case** <br> Breach of contract and related claims | **Court or agency's name and address** <br> Superior Court of New Jersey, Morris Count, Law Division _Name_ <br> _Street_ <br> _City  State  ZIP Code_ | **Status of case** <br> ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> MRS-L-000118-23 | | | |

**8.**   **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor  Mapping Operation Data Unmanned Solutions                                    Case number *(if known)* _____
_____Name_____

| 8.1. | **Custodian's name and address** | **Description of the property** | **Value** |
|------|-----------------------------------|---------------------------------|-----------|
| | | | |
| | Custodian's name | **Case title** | **Court name and address** |
| | Street | | Name |
| | | **Case number** | Street |
| | City          State     ZIP Code | | |
| | | **Date of order or assignment** | City          State     ZIP Code |

---

**Part 4:**  Certain Gifts and Charitable Contributions

**9.**  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | **Recipient's name and address** | **Description of the gifts or contributions** | **Dates given** | **Value** |
|------|-----------------------------------|------------------------------------------------|-----------------|-----------|
| | Recipient's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |

---

**Part 5:**  Certain Losses

**10.**  All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| **Description of the property lost and how the loss occurred** | **Amount of payments received for the loss** <br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br> List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | **Date of loss** | **Value of property lost** |
|---|---|---|---|
| 10.1. | | | |

---

**Part 6:**  Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

---

Debtor  Mapping Operation Data Unmanned Solutions                                    Case number *(if known)* _____
        Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Law Office of Thomas Gorrill | Attorney's Fee | 05/15/2023 | $5,480.00 |
| | **Address** | | | |
| | 9984 Scripps Ranch Blvd # 335 | | | |
| | Street | | | |
| | San Diego, CA 92131-1825 | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | tom@gorillalaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Address** | | | |
| | Street | | | |
| | | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |

---

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **5**

Debtor ___Mapping Operation Data Unmanned Solutions___       Case number *(if known)* _____

     Name

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____<br>      Street<br><br><br>     _____<br>      City     State    ZIP Code | From _____ To _____ |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>      Facility name<br><br>_____<br>      Street | | |
| _____<br>      City     State    ZIP Code | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

      Does the debtor have a privacy policy about that information?

      ☐ No

      ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Debtor   Mapping Operation Data Unmanned Solutions                                      Case number *(if known)*
_____
Name

☐ Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City            State    ZIP Code | XXXX– __ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City            State    ZIP Code | _____<br>_____<br><br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____<br>_____ | ☐ No<br><br>☐ Yes |

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

Debtor   Mapping Operation Data Unmanned Solutions                          Case number *(if known)* _____
         Name

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Name _____ | _____ | _____ | ☐ No |
| | Street _____ | Address _____ | _____ | ☐ Yes |
| | City          State    ZIP Code | _____ | _____ | |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name _____ | _____ | _____ | _____ |
| Street _____ | _____ | _____ | |
| City          State    ZIP Code | _____ | _____ | |

---

**Part 12:** Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.** Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name _____ | _____ | ☐ On appeal |
| | Street _____ | _____ | ☐ Concluded |
| | City          State    ZIP Code | _____ | |

---

Debtor    Mapping Operation Data Unmanned Solutions                                    Case number *(if known)* _____
            Name

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State    ZIP Code | City        State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State    ZIP Code | City        State    ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: _ _ – _ _ _ _ _ _ _ |
| Name | | **Dates business existed** |
| Street | | From _____  To _____ |
| City        State    ZIP Code | | |

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

Debtor    Mapping Operation Data Unmanned Solutions _____    Case number *(if known)* _____

Name

| Name and address | Dates of service |
|---|---|
| 26a.1. | |
| _____ | From _____  To _____ |
| Name | |
| _____ | |
| Street | |
| _____ | |
| _____ | |
| City          State          ZIP Code | |

26b.    List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | |
| _____ | From _____  To _____ |
| Name | |
| _____ | |
| Street | |
| _____ | |
| _____ | |
| City          State          ZIP Code | |

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| Management of debtor | _____ |
| Name | _____ |
| _____ | |
| Street | |
| _____ | |
| _____ | |
| City          State          ZIP Code | |

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |
| _____ |
| Name |
| _____ |
| Street |
| _____ |
| _____ |
| City          State          ZIP Code |

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

Debtor  Mapping Operation Data Unmanned Solutions                                    Case number *(if known)* _____

Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____

Name

_____

Street

_____

_____

City                              State                ZIP Code

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Daniel Hubert | | CEO, | 100.00% |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ <br> To _____ |

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Daniel Hubert | | Last 12 months | Paid salary as CEO |
| Name | | | |

_____

Street

_____

_____

City                              State                ZIP Code

| Relationship to debtor |
|---|

CEO

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

Debtor  Mapping Operation Data Unmanned Solutions                          Case number *(if known)*
                Name

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

---

**Part 14:**   Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 06/30/2023 _____
                    MM/  DD/  YYYY

**X** /s/ Daniel L. Hubert                              Printed name _____ Daniel L. Hubert _____
    Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____ CEO _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of California

**In re**  Mapping Operation Data Unmanned Solutions

Case No. _____

**Debtor**  Chapter _____ 7 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................................ $5,480.00

Prior to the filing of this statement I have received ............................................................................. $5,480.00

Balance Due ..................................................................................................................................................... $0.00

2.  The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation in any adversary proceeding, lien avoidance, relief from stay, reaffirmation agreement, Rule 2004 exam, or any other motions or contested matters.

B2030 (Form 2030) (12/15)

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 06/30/2023 | /s/ Thomas B. Gorrill |
| *Date* | Thomas B. Gorrill |
| | *Signature of Attorney* |

Bar Number: #102979
Law Office of Thomas Gorrill
9984 Scripps Ranch Blvd # 335
San Diego, CA 92131-1825
Phone: (619) 237-8889
Fax: (619) 330-2125

Law Office of Thomas Gorrill
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**SAN DIEGO DIVISION**

IN RE: **Mapping Operation Data Unmanned
Solutions**

CASE NO

CHAPTER **7**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____06/30/2023_____    Signature _____    /s/ Daniel L. Hubert_____
                                                                          Daniel L. Hubert, CEO

Atlantic Diving Supply, Inc
621 Lynnhaven Pkwy Ste 160
Virginia Bch, VA 23452-7383

Chase Bank
Po Box 15298
Wilmington, DE 19850-5298

CP North America
10840 Thorn Mint Rd Ste 100
San Diego, CA 92127

Daniel Hubert
1155 Camino del Mar Ste 211
Del Mar, CA 92014

Igage Mapping Corporation
1545 S 1100 E Ste 1
Salt Lake Cty, UT 84105

IMSAR, LLC
940 S 2000 W Ste 140
Springville, UT 84663-3198

Joel Carver
joel@csidronesolutions.com

LiftForward, Inc.
222 Broadway Fl 19
New York, NY 10038-2550

Scott C. Miller
999 Waterside Dr Ste 1700
Norfolk, VA 23510-3306


MUFG Union Bank
Po Box 60398
Phoenix, AZ 85082-0398


Savit Corporation
400 Commons Way
Rockaway, NJ 07866-2030


Sitech Pacific, LLC
1499 Palmyrita Ave
Riverside, CA 92507


Skydio, Inc.
3000 Clearview Way Bldg E
San Mateo, CA 94402-3710


Anthony Sodono, III
McManimon Scotland & Baumann
75 Livingston Ave, Ste 201
Roseland, NJ 07068


Benjamin A. Tigay
Young Basil
3001 West Big Beaver Rd, #624
Troy, MI 48084


WeWork
600 B Street Ste 300
San Diego, CA 92101